1
2
3
4
5
6
7
8
9                       UNITED STATES DISTRICT COURT
10                      CENTRAL DISTRICT OF CALIFORNIA
11
12  JAMIE COX,                        )  Case No. CV 12-2634 GW (MRW)
13                    Petitioner,      )
14              vs.                    )  JUDGMENT
15  WALTER MILLER, Warden,             )
16                    Respondent.      )
17  _____        )
18
19          Pursuant to the Order Accepting Findings and Recommendations of the
    United States Magistrate Judge,
20
21          IT IS ADJUDGED that the petition is denied and this action is dismissed
    with prejudice.
22
23  DATE:  April 17, 2013          _____
24                                 HON. GEORGE H. WU
25                                 UNITED STATES DISTRICT JUDGE
26
27
28